# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-023-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN MCCONNELL,

    Defendant.

---

## UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

---

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Melissa Hindman, respectfully moves for an additional one-level reduction in defendant Steven McConnell's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

//

//

//

//

//

//

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Melissa Hindman*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Melissa.Hindman@usdoj.gov
Attorney for Government